UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------- x
MORTGAGE RESOLUTION SERVICING, :
LLC, 1ST FIDELITY LOAN SERVICING, :
LLC, and S & A CAPITAL PARTNERS, : No. 15-CV-00293 (LTS)(JCF)
INC., :
     *Plaintiffs,* :
:
   - *v.* - :
:
JPMORGAN CHASE BANK, N.A., CHASE :
HOME FINANCE, LLC, and JPMORGAN :
CHASE & CO., :
:
     *Defendants.* :
-------------------------------- x

## DECLARATION OF PATRICK M. BOYLE

   I, Patrick M. Boyle declare as follows:

   1. I am an Executive Director at JPMorgan Chase Bank, N.A. ("Chase") in Phoenix, Arizona. Since January 2010, my responsibilities have included the management of Chase's mortgage banking recovery operations for Chase-owned mortgage loans. Except as otherwise stated, I make this declaration based on my own personal knowledge and experience at Chase and my review of Chase's business records.

   2. I am informed and understand that the current and former Chase employees referenced in Plaintiffs' Second Amended Complaint in this matter include me, Omar Kassem, Launi Solomon, Eddie Guerrero, and Victor Fox.

   3. Omar Kassem, Launi Solomon, and I are and have been employed by Chase in Phoenix, Arizona.

   4. Prior to his death in 2009, Eddie Guerrero was employed by Chase in Phoenix, Arizona.

2

5.  Prior to his departure from Chase, Victor Fox was employed by Chase in Texas.

6.  To the best of my knowledge and belief, none of the Chase employees with whom Laurence Schneider would have had substantial interactions relating to the matters discussed in Plaintiffs' Second Amended Complaint were located in New York.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 8, 2015.

*/s/ Patrick M. Boyle*

Patrick M. Boyle