

# In the Matter Of:

## S&A Capital v JPMorgan Chase

15-cv-00293-

# LAURENCE SCHNEIDER

*July 28, 2017*



800.211.DEPO (3376)
EsquireSolutions.com

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW  YORK
--------------------------------------x

S&A CAPITAL PARTNERS, INC.,           :
MORTGAGE RESOLUTION SERVICING,        :
LLC, and 1st FIDELITY LOAN            :
SERVICING, LLC,                       :
                                      :
          Plaintiffs,                 :
                                      :   NO. 15-cv-00293-
     -v-                              :       LTS-JCF
                                      :
JPMORGAN CHASE BANK, N.A., CHASE      :
HOME FINANCE, LLC, and JPMORGAN       :
CHASE & CO.,                          :
                                      :
          Defendants.                 :
_____x
```

              DEPOSITION OF LAURENCE SCHNEIDER
                     (videotaped)

              Friday, July 28, 2017
                8:43 - 6:12 p.m.


           2385 NW Executive Center Drive
                    Suite 360
             Boca Raton, Florida 33431

Reported By:
Rachel W. Bridge, RMR, CRR
Esquire Deposition Solutions
Job #J0568936



```
 1   APPEARANCES:

 2   On behalf of the Plaintiffs:

 3        MARY JANE FAIT, ESQUIRE
          TANTILLO LAW
 4        100 Church Street, 8th Floor
          New York, New York  10007
 5        Cell:  847-922-6729
          E-mail:  mjfait@tantillolaw.com
 6

 7        BRENT S. TANTILLO, ESQUIRE
          TANTILLO LAW
 8        1629 K. Street, N.W.
          Suite 300
 9        Washington, D.C.  20006
          Cell:  786-506-2991
10        E-mail:  btantillo@tantillolaw.com

11

12   On behalf of the Defendants:

13        ROBERT D. WICK, ESQUIRE
          IVANO VENTRESCA, ESQUIRE
14        COVINGTON & BURLING LLP
          One CityCenter
15        850 Tenth Street, N.W.
          Washington, DC  20001-4956
16        Telephone: (202) 662-6000
          E-mail:  RWick@cov.com

17

18   Also Present:

19        Don Savoy, Videographer

20

21

22

23

24

25
```



1                 As of today, Mr. Schneider, do you have any
2    income coming in other than from S&A Capital and 1st
3    Fidelity and Real Estate & Finance?
4         A.    Well, the money coming in from those entities
5    comes in different forms, right?
6                 So some of it is interest on shareholder
7    loans.  Actually, it was that, really that deal I did
8    back in, with the land deal, which I made several
9    million dollars, and I bought those pieces from Option
10   One and from Ocwen and from Linton Loan Servicing.  And
11   I really obtained the whole network of these lenders who
12   were actually selling loans.
13                And that's where I actually had a large chunk
14   of money, which I decided to deploy in investing in
15   federally-related mortgages.
16                And so we had already been buying loans from
17   HomEq, and I think there were one or two other smaller
18   banks.  I don't really recall, but then once we had that
19   larger amount of money, I used it to grow S&A.
20        Q.    And my question is not sort of how do you get
21   money from S&A or F&F.
22                I'm interested in are there other sources of
23   income that you have flowing in today that don't relate
24   directly to S&A Capital or 1st Fidelity or Real Estate &
25   Finance?



1      A.    Well, I do sell, I do from time to time buy
2   and sell some properties.
3      Q.    What types of properties?
4      A.    Single-family homes.  For instance, the
5   property I live in now, I'm likely going to be selling
6   that shortly.  I think I paid 3.6 million for it.
7      Q.    And you're going to sell it shortly?
8      A.    Perhaps.  I haven't made that determination.
9   But I think the market value on it is probably eight and
10  a half million.  So right there is just 5 million.
11     Q.    Do you own that outright?
12     A.    There's a small private mortgage on there.
13     Q.    How often do you buy and sell single-family
14  homes?
15     A.    Not very often.  Just every couple of -- when
16  an opportunity comes, I really don't have the
17  opportunity because I'm always working on this case and
18  trying to resolve the issues, which have come because of
19  the reason why we're sitting here.
20     Q.    Other than 1st Fidelity, S&A and buying and
21  selling single-family homes, do you have any other
22  sources of income today?
23     A.    Would you consider distributions from
24  annuities as income?
25     Q.    I guess that is one form of income.  Do you



1  have some distributions from annuities?
2      A.   Yeah.
3      Q.   And are those annuities contracts that you
4  purchased from insurance companies?
5      A.   Through a financial adviser.  I don't
6  technically know what they are, but they are annuities.
7      Q.   Do you have any other sources of income that
8  we haven't discussed yet?
9      A.   No.  The rest of it would probably be from S&A
10 and 1st Fidelity.
11     Q.   Are you a 65 percent owner of S&A Capital?
12     A.   I believe that myself and my wife are joint.
13 We own the shares together.  I don't know, I don't
14 remember what capacity.  Some attorneys handled it for
15 me.  I don't know if it's tenants-by-the-entirety or
16 tenants-in-common or anything like that.
17     Q.   Between you and your wife, do you own
18 65 percent of the company?
19     A.   Yes.
20     Q.   And does your brother-in-law, Mr. Axel, own
21 the remainder?
22     A.   No, I believe he owns those shares with his
23 wife.
24     Q.   Are you -- who owns 1st Fidelity?
25     A.   1st Fidelity is owned I believe 99 percent by



```
 1   myself and my wife, and I believe 1 percent by Real
 2   Estate & Finance.
 3        Q.   Who owns Real Estate & Finance?
 4        A.   Myself.  I don't recall if my wife is part of
 5   that, a shareholder or not.  I'll have to get back to
 6   you.
 7        Q.   And S&A Capital pays you a salary, correct?
 8        A.   Yes.
 9        Q.   And it pays you a management fee, correct?
10        A.   It pays Real Estate & Finance a management
11   fee.
12        Q.   And does that get forwarded on to you?
13        A.   I do take a salary from Real Estate & Finance.
14        Q.   And S&A Capital pays interest on a loan that
15   you made to it, right?
16        A.   Yes.
17        Q.   Does S&A Capital make any other form of
18   payments to you?
19        A.   Besides salary, interest, perhaps a
20   distribution here and there.
21        Q.   And does it make any other payments to members
22   of your family?
23        A.   There were times in the past where some family
24   members did work for Real Estate & Finance.
25        Q.   When was that?
```



```
 1       A.    Probably three years ago maybe or four years
 2  ago.  It wasn't an exceptional amount.  I think maybe my
 3  wife made like 25 to 35,000 or so.
 4       Q.    For what?  For doing what?
 5       A.    Help management, help organizing files, help
 6  me work through different situations, a lot of really
 7  consulting, back board.
 8       Q.    And that was, just to clarify, that was Real
 9  Estate & Financing that you were referring to, correct?
10       A.    She has worked for Real Estate & Finance and
11  for S&A Capital.  I don't think she's received a salary
12  from S&A in a couple of years.
13       Q.    And other than what you told me, does S&A
14  Capital make any payments to any members of your family?
15           MS. FAIT:  Presently?
16           MR. WICK:  Presently.
17           THE WITNESS:  Not that I haven't just
18       disclosed.
19  BY MR. WICK:
20       Q.    Okay.  Or in the past?
21       A.    Yeah, the minor salaries that I had already
22  mentioned.
23       Q.    And 1st Fidelity pays you a salary, correct?
24       A.    It does -- well, it's supposed to be, but
25  unfortunately, I don't believe I had any salary last
```



```
 1  year.  I don't have any salary to date this year.
 2       Q.   I didn't hear you.
 3       A.   And I don't have any salary to date this year
 4  either.
 5       Q.   And does 1st Fidelity pay a management fee to
 6  Real Estate & Finance?
 7       A.   I don't believe -- I'm not sure.  It's a small
 8  amount if it does.
 9       Q.   And does 1st Fidelity pay interest to you on a
10  loan that you made to it?
11       A.   It has in the past.  I've pretty much depleted
12  my loan investments in S&A -- well, and 1st Fidelity to
13  pay for legal fees for all of these matters.
14       Q.   What do you mean you've depleted the
15  investments?
16       A.   Well, I've taken money out of the company and
17  reduced shareholder loan, because I needed the money to
18  pay attorney's fees.
19       Q.   So 1st Fidelity has paid off, mostly paid off
20  the loan that you made to it?
21       A.   Mostly.
22       Q.   And what's the remaining balance on the 1st
23  Fidelity loan from you?
24       A.   I couldn't tell you.  Probably less than -- a
25  couple hundred thousand.  Maybe less.
```



```
 1        Q.   And what's the remaining balance on your loan
 2   to S&A Capital?
 3        A.   A couple hundred thousand.  Maybe less.
 4        Q.   Does S&A Capital have a bank account?
 5        A.   Of course.
 6        Q.   Does it have more than one bank account?
 7        A.   At the moment, it has one bank account.
 8        Q.   And what's the approximate balance in S&A
 9   Capital's bank account?
10        A.   I don't really follow it on a daily basis.  I
11   would say probably around 300,000.
12        Q.   How does that differ from the approximate
13   balance in that bank account six months ago?
14        A.   I don't know that it differs at all.  I don't
15   know that it doesn't differ.  I don't, I don't have
16   anything really to do with any of the accounting or
17   bookkeeping for S&A Capital.
18        Q.   Can you please give me the same information
19   for 1st Fidelity?
20        A.   Sure.
21             MS. FAIT:  Object to form.
22   BY MR. WICK:
23        Q.   Go ahead.
24        A.   What's the question?
25        Q.   Does it have a bank account?
```



```
 1         A.    Yes.
 2         Q.    And what's the approximate balance in 1st
 3   Fidelity's bank account?
 4         A.    It would be 50,000.
 5         Q.    And how does that differ from the approximate
 6   balance six months ago?
 7         A.    I couldn't tell you that it does or it
 8   doesn't.  There's times when we get payoffs on loans and
 9   there is several hundred thousand dollars in the
10   account, and there are times when, you know, there is
11   less.  It's just cash flow management.
12         Q.    Who owns Mortgage Resolution Servicing?
13         A.    I do.
14         Q.    100 percent?
15         A.    I'm trying to remember.  It, it might be one
16   percent Real Estate & Finance.  I don't recall.  We just
17   haven't -- I haven't done my tax returns in a couple of
18   years.  We've been trying to get that moving along.
19               But I know the last, the last filing was
20   essentially a zero filing for Mortgage Resolution.
21         Q.    So you own between 99 and 100 percent of
22   Mortgage Resolution Servicing?
23         A.    I think 99.  I'm sure it's a two-member LLC.
24               (The documents were marked Defendant's
25   Exhibit 121 and 122 for identification.)
```

